# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Norton, David C. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Article 5 Trust |
| 2. | Trustee | Article 6 Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Web MD - Editorial Stipend |
| 2. 2016 | Private Consulting |
| 3. 2016 | Medical Director, Life Point of SC |
| 4. 2016 | Newberry Pathology Associates - Autopsy Services |
| 5. 2016 | Springer Publishing - Book Royalties |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judicial Conference Committee - Circuit Judicaial Conference | 05/22/16 to 05/25/16 | White Sulphur Sprongs, WV | Educational seminar or program | Transportation, lodging & food. |
| 2. | Bar Association (private) | 09/22/16 | Columbia, SC | Activity of professional association | Transportation & food. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | | | Sold | 05/26/16 | M | B | |
| 3. Advansix Inc Com | | None | J | T | Spinoff (from line 71) | 03/13/16 | J | | |
| 4. Alcoa Inc | A | Dividend | J | T | Sold (part) | 10/06/16 | J | A | |
| 5. Allianz Life Valuemark III | | None | | | Sold | 05/12/16 | J | C | |
| 6. Altria Group | A | Dividend | J | T | | | | | |
| 7. American Europacific GRW A | A | Dividend | | | Sold | 07/06/16 | K | A | |
| 8. American Express Co | A | Dividend | J | T | | | | | |
| 9. Amgen Inc | A | Dividend | K | T | | | | | |
| 10. Arconic inc | A | Dividend | J | T | Buy | 11/25/16 | J | | |
| 11. AT&T Inc #1 | A | Dividend | J | T | | | | | |
| 12. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 13. AT&T Inc #3 | A | Dividend | K | T | | | | | |
| 14. Bank of America #1 | A | Dividend | J | T | | | | | |
| 15. Bank of America #2 | A | Dividend | K | T | | | | | |
| 16. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 17. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackhawk Network Hldgs Inc | | None | J | T | | | | | |
| 19. BP PLC ADR | B | Dividend | K | T | | | | | |
| 20. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 21. American Cap Wrld Gr & Inc A #1 | | None | | | Sold | 07/06/16 | L | A | |
| 22. American Cap Wrld Gr & Inc A #2 | | None | | | Sold | 07/06/16 | K | A | |
| 23. American Cap Wrld Gr & Inc A #3 | | None | | | Sold | 07/06/16 | L | A | |
| 24. American Cap Wrld Gr & Inc A #4 | | None | | | Sold | 07/06/16 | K | A | |
| 25. Charter Communications | | None | J | T | Spinoff (from line 114) | 05/20/16 | J | | |
| 26. Chemours Co | A | Dividend | J | T | | | | | |
| 27. Chevron Corp #1 | B | Dividend | K | T | | | | | |
| 28. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 29. Chevron Corp #3 | B | Dividend | K | T | | | | | |
| 30. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 31. Fidelity Money Market | A | Interest | J | T | | | | | |
| 32. Fidelity Money Market | A | Interest | K | T | | | | | |
| 33. Fidelity Money Market | A | Interest | K | T | | | | | |
| 34. Citigroup Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clearbridge Aggressive Gwth C | | None | | | Sold | 06/21/16 | J | A | |
| 36. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 37. Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 38. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 39. CSX Corp | A | Dividend | L | T | | | | | |
| 40. Walt Disney Co #1 | | None | | | Sold | 05/12/16 | J | A | |
| 41. Walt Disney Co #2 | A | Dividend | K | T | | | | | |
| 42. Walt Disney Co #3 | A | Dividend | K | T | | | | | |
| 43. Dover | A | Dividend | K | T | | | | | |
| 44. Dow Chemical #1 | A | Dividend | J | T | | | | | |
| 45. Dow Chemical #2 | A | Dividend | J | T | | | | | |
| 46. Duke Energy | A | Dividend | J | T | | | | | |
| 47. DuPont EI De NeMours & Co | A | Dividend | K | T | | | | | |
| 48. EV SC Muni Income A | | None | | | Sold | 07/06/16 | M | A | |
| 49. Eli Lilly & Co #1 | A | Dividend | L | T | | | | | |
| 50. Eli Lilly & Co #2 | A | Dividend | J | T | | | | | |
| 51. Emerson Electric | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 53. Energy Transfer Partners LP #2 | | None | K | T | | | | | |
| 54. Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 55. Exxon Mobil Corp #2 | B | Dividend | K | T | | | | | |
| 56. South State Bank | C | Interest | O | T | | | | | |
| 57. General Electric Co #1 | B | Dividend | K | T | | | | | |
| 58. General Electric Co #2 | A | Dividend | K | T | | | | | |
| 59. General Electric Co #3 | B | Dividend | L | T | | | | | |
| 60. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 61. American Gr Fd of America A #1 | | None | | | Sold | 06/21/16 | L | B | |
| 62. American Gr Fd of America A #2 | | None | | | Sold | 06/21/16 | L | B | |
| 63. American Gr Fd of America A #3 | | None | | | Sold | 06/21/16 | L | B | |
| 64. Guided Therapuetics Inc | | None | J | T | | | | | |
| 65. Halyard Health Inc | | None | J | T | | | | | |
| 66. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |
| 67. Hartford Capital Appreciation Fund (IRA) | A | Dividend | N | T | | | | | |
| 68. Hewlett Packard Enterprise | | None | | | Sold | 06/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hewlett Packard Inc Corn | A | Dividend | J | T | Buy | 10/15/16 | J | | |
| 70. Home Depot Inc | B | Dividend | K | T | | | | | |
| 71. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 72. IBM | B | Dividend | M | T | | | | | |
| 73. Intel (IRA) #1 | | None | | | Sold | 07/12/16 | K | B | |
| 74. Intel #2 | A | Dividend | K | T | | | | | |
| 75. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 76. Kimberly Clark | A | Dividend | J | T | | | | | |
| 77. Knowles Corporation | | None | J | T | | | | | |
| 78. Kraft-Heinz Foods Inc CL A | A | Dividend | J | T | | | | | |
| 79. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 80. Lincln National American Legacy II | | None | | | Sold | 05/12/16 | O | D | |
| 81. Lincoln American Legacy View | | None | | | Sold | 05/12/16 | N | C | |
| 82. MFS South Carolina Muni Bond CL A | | None | | | Sold | 07/06/16 | L | B | |
| 83. Mass Mutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 84. McDonalds Corp | A | Dividend | K | T | | | | | |
| 85. Merck & Co Inc New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metlife Portfolioaccess | | None | | | Sold | 05/12/16 | M | C | |
| 87. Metlife Marquis Portfolios VA | | None | | | Sold | 05/12/16 | N | C | |
| 88. Microsoft Corp | A | Dividend | J | T | | | | | |
| 89. Mondelez Intl Inc Com | | None | J | T | | | | | |
| 90. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 91. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 92. 3M Company A | A | Dividend | K | T | | | | | |
| 93. Nokia Corp | | None | J | T | | | | | |
| 94. Norfolk Southern | B | Dividend | M | T | | | | | |
| 95. North Carolina Rental Property 100% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 96. Paragon Life Fixed Fund | A | Dividend | J | T | | | | | |
| 97. Pepsico Inc | A | Dividend | J | T | | | | | |
| 98. Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 99. Pfizer Inc #2 | A | Dividend | K | T | | | | | |
| 100. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 101. Proctor & Gamble #1 | A | Dividend | K | T | | | | | |
| 102. Proctor & Gamble #2 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Putnam Tax Smart FDS Equity FD Cl B | | None | | | Sold | 05/12/16 | M | C | |
| 104. SCANA Corp New | A | Dividend | M | T | | | | | |
| 105. South Street Corp Com #1 | B | Dividend | L | T | | | | | |
| 106. South Street Corp Com #2 | C | Dividend | N | T | | | | | |
| 107. South Street Corp Com #3 | | None | | | Sold | 07/12/16 | L | C | |
| 108. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 109. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 110. Suntrust Banks Inc | C | Dividend | M | T | | | | | |
| 111. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 112. Texas Instruments Inc | A | Dividend | K | T | | | | | |
| 113. Time Inc New Com | A | Dividend | J | T | | | | | |
| 114. Time Warner Inc New | A | Dividend | K | T | | | | | |
| 115. Total System Services Inc | A | Dividend | K | T | | | | | |
| 116. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 117. Verizon Communications #1 | A | Dividend | J | T | | | | | |
| 118. Verizon Communications #2 | A | Dividend | J | T | | | | | |
| 119. American WA Mutual A #1 | | None | | | Sold | 07/06/16 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American WA Mutual A #2 | | None | | | Sold | 07/06/16 | L | B | |
| 121. American WA Mutual A #3 | | None | | | Sold | 07/06/16 | K | A | |
| 122. Wells Fargo & Co New #1 | A | Dividend | J | T | | | | | |
| 123. Wells Fargo & Co New #2 | A | Dividend | K | T | | | | | |
| 124. WMI Hldgs Corp | | None | | | Sold | 01/26/16 | J | A | |
| 125. Zimmer Biomet Holdings Inc | A | Dividend | J | T | | | | | |
| 126. Trust #1 - Royal Dutch Shell | | None | | | Sold | 01/20/16 | L | D | |
| 127. Trust #1 - Allegheny Energy | | None | | | Sold | 01/26/16 | K | D | |
| 128. Trust #1 - Idearc | | None | | | Sold | 01/26/16 | J | D | |
| 129. Trust #1 - Eli Lily | | None | | | Sold | 01/26/16 | K | D | |
| 130. Trust #1 - Pepco Holdings Inc | | None | | | Sold | 01/26/16 | J | D | |
| 131. Trust #1 - Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |
| 132. JNL Disciplined Moderate | | None | M | T | Buy | 07/15/16 | M | | |
| 133. JNL American Funds Balanced | | None | M | T | Buy | 07/15/16 | M | | |
| 134. JNL Invesco Small Cap Growth | | None | M | T | Buy | 07/15/16 | M | | |
| 135. JNL Morgan Midcap Growth | | None | M | T | Buy | 07/15/16 | M | | |
| 136. JNL Mellon Capital Consumer Brands Sector | | None | M | T | Buy | 07/15/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JNL Mellon Capital Healthcare Sector | | None | M | T | Buy | 07/15/16 | M | | |
| 138. JNLMellon Capital Nasdaq 100 | | None | M | T | Buy | 07/15/16 | M | | |
| 139. JNL S&P 4 | | None | M | T | Buy | 07/15/16 | M | | |
| 140. JNL S&P Competive Advantage | | None | M | T | Buy | 07/15/16 | M | | |
| 141. JNL T. Roew Price Established Growth | | None | M | T | Buy | 07/15/16 | M | | |
| 142. JNL Disciplined Moderate Growth | | None | L | T | Buy | 07/15/16 | L | | |
| 143. JNL American Funds Balanced | | None | L | T | Buy | 07/15/16 | L | | |
| 144. JNL American Funds Global Bond | | None | J | T | Buy | 07/15/16 | J | | |
| 145. JNL Invesco Small Cap Growth | | None | L | T | Buy | 07/15/16 | L | | |
| 146. JNL JP Morgan Midcap Growth | | None | L | T | Buy | 07/15/16 | L | | |
| 147. JNL Mellon Capital Consumer Brands Sector | | None | L | T | Buy | 07/15/16 | L | | |
| 148. JNL Mellon Capital Healthcare Sector | | None | L | T | Buy | 07/15/16 | L | | |
| 149. JNL Mellon Capital Nasdaq 100 | | None | L | T | Buy | 07/15/16 | L | | |
| 150. JNL S&P 4 | | None | L | T | Buy | 07/15/16 | L | | |
| 151. JNL S&P Competive Advantage | | None | L | T | Buy | 07/15/16 | L | | |
| 152. JNL T. Rowe Price Establised Growth | | None | L | T | Buy | 07/15/16 | L | | |
| 153. EMC Corp Mass Note | | None | J | T | Buy | 07/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. EMC Corp Mass Note | None | | | | Sold | 09/19/16 | J | A | |
| 155. Qualcomm Inc Note | None | J | T | | Buy | 07/20/16 | J | | |
| 156. Qualcomm Inc Note | None | | | | Sold | 10/05/16 | J | A | |
| 157. US Treas NTS | None | J | T | | Buy | 07/18/16 | J | | |
| 158. US Treas NTS | None | | | | Sold | 08/31/16 | J | A | |
| 159. Wells Fargo & Co New Note | None | J | T | | Buy | 07/20/16 | J | | |
| 160. Wells Fargo & Co New Note | None | | | | Sold | 10/24/16 | J | A | |
| 161. AT&T Inc Note | None | J | T | | Buy | 07/18/16 | J | | |
| 162. Adobe Sys Inc Note | None | J | T | | Buy | 07/20/16 | J | | |
| 163. Amgen Inc Note | None | J | T | | Buy | 07/18/16 | J | | |
| 164. Apple Inc Note | None | J | T | | Buy | 08/31/16 | J | | |
| 165. Bank of America Corp | None | J | T | | Buy | 07/18/16 | J | | |
| 166. Citigroup Inc Note | None | J | T | | Buy | 07/18/16 | J | | |
| 167. Citigroup Inc Note #2 | None | J | T | | Buy | 10/24/16 | J | | |
| 168. Conocophillips Note | None | J | T | | Buy | 07/20/16 | J | | |
| 169. Gilead Sciences Inc Note | None | J | T | | Buy | 07/18/16 | J | | |
| 170. JPMorgan Chase&Co Note | None | J | T | | Buy | 07/20/16 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment               T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley MTN | | None | J | T | Buy | 12/19/16 | J | | |
| 172. Oracle Corp Note | | None | J | T | Buy | 10/24/16 | J | | |
| 173. United States Treas NTS Note | | None | J | T | Buy | 07/18/16 | J | | |
| 174. United States Treas NTS Note | | None | J | T | Buy | 07/18/16 | J | | |
| 175. United States Treas NTS Note | | None | J | T | Buy | 07/18/16 | J | | |
| 176. United States Treas NTS Note | | None | J | T | Buy | 10/24/16 | J | | |
| 177. United States Treas NTS | | None | J | T | Buy | 07/18/16 | J | | |
| 178. United States Treas NTS | | None | J | T | Buy | 10/24/16 | J | | |
| 179. United States Treas NTS | | None | J | T | Buy | 07/18/16 | J | | |
| 180. United States Treas NTS | | None | J | T | Buy | 10/24/16 | J | | |
| 181. Well Fargo Co MTN Be | | None | J | T | Buy | 10/25/16 | J | | |
| 182. Dow Chemical Co | | None | J | T | Buy | 07/15/16 | J | | |
| 183. Dow Chemical Co | | None | | | Sold | 10/01/16 | J | A | |
| 184. Royal Dutch Shell Adr EA Rep 2 | | None | J | T | Buy | 12/16/16 | J | | |
| 185. Royal Dutch Shell Adr EA Rep 2 | | None | | | Sold | 12/19/16 | J | A | |
| 186. Royal Dutch Shell Adr EA REP 2 | | None | J | T | Buy | 09/19/16 | J | | |
| 187. Royal Dutch Shell Adr EA Rep 2 | | None | | | Sold | 09/09/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Wells Fargo & Co | | None | J | T | Buy | 07/15/16 | J | | |
| 189. Wells Fargo & Co | | None | | | Sold | 10/01/16 | J | A | |
| 190. AT&T INC Com USD1 | | None | J | T | Buy | 07/15/16 | J | | |
| 191. AT&T INC COM USD1 | | None | J | T | Buy (add'l) | 10/24/16 | J | | |
| 192. AT&T INC COM USD1 | | None | J | T | Buy (add'l) | 10/27/16 | J | | |
| 193. ABBVIE INC | | None | J | T | Buy | 07/15/16 | J | | |
| 194. ABBVIE INC | | None | J | T | Buy (add'l) | 10/24/16 | J | | |
| 195. ABBVIE INC | | None | J | T | Buy (add'l) | 11/10/16 | J | | |
| 196. CHEVRON CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 197. CHEVRON CORP | | None | J | T | Buy (add'l) | 09/07/16 | J | | |
| 198. CHEVRON CORP | | None | J | T | Buy (add'l) | 10/24/16 | J | | |
| 199. CHEVRON CORP | | None | J | T | Buy (add'l) | 12/07/16 | J | | |
| 200. DOW CHEMICAL CO | | None | J | T | Buy | 07/15/16 | J | | |
| 201. DOW CHEMICAL CO | | None | J | T | Buy (add'l) | 09/20/16 | J | | |
| 202. DOW CHEMICAL CO | | None | J | T | Buy (add'l) | 10/24/16 | J | | |
| 203. DOW CHEMICAL CO | | None | J | T | Buy (add'l) | 10/25/16 | J | | |
| 204. FORD MTR CO DEL COM | | None | J | T | Buy | 07/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. FORD MTR CO DEL COM | | None | J | T | Buy (add'l) | 08/29/16 | J | | |
| 206. FORD MTR CO DEL COM | | None | J | T | Buy (add'l) | 10/24/16 | J | | |
| 207. FORD MTR CO DEL COM | | None | J | T | Buy (add'l) | 11/28/16 | J | | |
| 208. INTEL BUSINESS MACH | | None | K | T | Buy | 12/07/16 | K | | |
| 209. PFIZER INC | | None | J | T | Buy | 11/28/16 | J | | |
| 210. PHILIP MORRIS INTL INC COM | | None | J | T | Buy | 10/24/16 | J | | |
| 211. ROYAL DUTCH SHELL PLC SPON ADR B | | None | K | T | Buy | 12/19/16 | K | | |
| 212. TARGET CORP COM | | None | J | T | Buy | 12/07/16 | J | | |
| 213. WELLS FARGO & COMPANY COM | | None | K | T | Buy | 12/19/16 | K | | |
| 214. DELPHI AUTOMOTIVE PLC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 215. DELPHI AUTOMOTIVE PLC COM | | None | | | Sold | 10/24/16 | J | A | |
| 216. INGERSOLL-RAND PLC SHS | | None | J | T | Buy | 07/15/16 | J | | |
| 217. INGERSOLL-RAND PLC SHS | | None | | | Sold | 10/24/16 | J | A | |
| 218. LYONDELLBASELLL INDUSTRIES N V COM | | None | J | T | Buy | 07/15/16 | J | | |
| 219. LYONDELLBASSELL INDUSTRIES N V COM | | None | | | Sold | 10/21/16 | J | A | |
| 220. ADVANSIX INC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 221. ADVANSIX INC COM | | None | | | Sold | 10/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 17 of 48

Name of Person Reporting

Norton, David C.

Date of Report

08/11/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. APPLE INC | | None | J | T | Buy | 07/15/16 | J | | |
| 223. APPLE INC | | None | | | Sold | 10/24/16 | J | A | |
| 224. BB&T CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 225. BB&T CORP | | None | | | Sold | 10/24/16 | J | A | |
| 226. BANK OF THE OZARKS | | None | J | T | Buy | 07/15/16 | J | | |
| 227. BANK OF THE OZARKS | | None | | | Sold | 10/24/16 | J | A | |
| 228. CAPITAL ONE FINANCIAL CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 229. CAPITAL ONE FINANCIAL CORP | | None | | | Sold | 10/24/16 | J | A | |
| 230. CARDINAL FINL GROUP | | None | J | T | Buy | 08/16/16 | J | | |
| 231. CARDINAL FINL GROUP | | None | | | Sold | 10/21/16 | J | A | |
| 232. CARDINAL FINL GROUP | | None | J | T | Buy | 07/15/16 | J | | |
| 233. CARDINAL FINL GROUP | | None | | | Sold | 10/18/16 | J | A | |
| 234. CARNIVAL CORP PAIRED CTF | | None | J | T | Buy | 07/15/16 | J | | |
| 235. CARNIVAL CORP PAIRED CTF | | None | | | Sold | 10/24/16 | J | A | |
| 236. CITIGROUP INC | | None | J | T | Buy | 07/15/16 | J | | |
| 237. CITIGROUP INC | | None | | | Sold | 10/24/16 | J | A | |
| 238. DELTA AIRLINES INC | | None | J | T | Buy | 07/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. DELTA AIRLINES INC | | None | | | Sold | 10/24/16 | J | A | |
| 240. DEVON ENERGY CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 241. DEVON ENERGY CORP | | None | | | Sold | 10/24/16 | J | A | |
| 242. DU PONT E I DE NEMOURS & CO | | None | J | T | Buy | 07/15/16 | J | | |
| 243. DU PONT E I DE NEMOURS & CO | | None | | | Sold | 10/24/16 | J | A | |
| 244. EOG RESOURCES INC | | None | J | T | Buy | 07/15/16 | J | | |
| 245. EOG RESOURCES INC | | None | | | Sold | 10/18/16 | J | A | |
| 246. HALLIBURTON CO HOLDING CO FRMLY | | None | J | T | Buy | 07/15/16 | J | | |
| 247. HALLIBURTON CO HOLDING CO FRMLY | | None | | | Sold | 10/24/16 | J | A | |
| 248. HOME DEPOT INC | | None | J | T | Buy | 07/15/16 | J | | |
| 249. HOME DEPOT INC | | None | | | Sold | 10/24/16 | J | A | |
| 250. HONEYWELL INTL INC | | None | J | T | Buy | 07/15/16 | J | | |
| 251. HONEYWELL INTL INC | | None | | | Sold | 10/21/16 | J | A | |
| 252. INTERCONTINENTAL EXCHANGE INC | | None | J | T | Buy | 07/15/16 | J | | |
| 253. INTERCONTINENTAL EXCHANGE INC | | None | | | Sold | 10/24/16 | J | A | |
| 254. MICROSOFT CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 255. MICROSOFT CORP | | None | | | Sold | 10/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. OCCIDENTAL PETROLEUM CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 257. OCCIDENTAL PETROLEUM CORP | | None | | | Sold | 10/24/16 | J | A | |
| 258. OCEANEERING INTL INC | | None | J | T | Buy | 07/15/16 | J | | |
| 259. OCEANEERING INTL INC | | None | | | Sold | 10/24/16 | J | A | |
| 260. OMINCOM GROUP | | None | J | T | Buy | 07/15/16 | J | | |
| 261. OMICOM GROUP | | None | | | Sold | 10/24/16 | J | A | |
| 262. PROCTOR & GAMBLE | | None | J | T | Buy | 07/15/16 | J | | |
| 263. PROCTOR & GAMBLE | | None | | | Sold | 10/24/16 | J | A | |
| 264. SABRE CORP COM | | None | J | T | Buy | 07/15/16 | J | | |
| 265. SABRE CORP COM | | None | | | Sold | 10/24/16 | J | A | |
| 266. ALLERGAN PLC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 267. DELPHI AUTOMOTIVE PLC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 268. INGERSOLL-RAND PLC SHS | | None | J | T | Buy | 07/15/16 | J | | |
| 269. AT&T INC NEW COM | | None | J | T | Buy | 07/15/16 | J | | |
| 270. AETNA INC NEW COM | | None | J | T | Buy | 07/15/16 | J | | |
| 271. APPLE INC | | None | J | T | Buy | 07/15/16 | J | | |
| 272. BB&T CORP | | None | J | T | Buy | 07/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. BANK OF THE OZARKS INC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 274. CAMDEN PPTY TR SH BEN INT | | None | J | T | Buy | 07/15/16 | J | | |
| 275. CAPITAL ONE PAIRED CTF | | None | J | T | Buy | 07/15/16 | J | | |
| 276. CARNIVAL CORP PAIRED CTF | | None | J | T | Buy | 07/15/16 | J | | |
| 277. CISCO SYS INC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 278. CITIGROUP INC COM NEW | | None | J | T | Buy | 07/15/16 | J | | |
| 279. DARLING INGREDIENTS INC | | None | J | T | Buy | 07/15/16 | J | | |
| 280. DELTA AIR LINES INC DEL COM NEW | | None | J | T | Buy | 07/15/16 | J | | |
| 281. DEVON ENERGY CORP NEW | | None | J | T | Buy | 07/15/16 | J | | |
| 282. DUPONT EI NEMOURS & CO | | None | J | T | Buy | 07/15/16 | J | | |
| 283. EOG RESOURCES INC | | None | J | T | Buy | 07/15/16 | J | | |
| 284. HALIBURTON CO HOLDING | | None | J | T | Buy | 07/15/16 | J | | |
| 285. HOME DEPOT INC COM | | None | J | T | Buy | 07/15/16 | J | | |
| 286. INTERCONTINENTAL EXCHANGE INC | | None | J | T | Buy | 07/15/16 | J | | |
| 287. MEDNAX INC | | None | J | T | Buy | 07/15/16 | J | | |
| 288. MICROSOFT CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 289. OCCIDENTAL PETROLEUM CORP | | None | J | T | Buy | 07/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. OCEANEERING INTL | | None | J | T | Buy | 07/15/16 | J | | |
| 291. OMNICOM GROUP | | None | J | T | Buy | 07/15/16 | J | | |
| 292. PARAMOUNT GROUP INC | | None | J | T | Buy | 07/15/16 | J | | |
| 293. PROCTER AND GAMBLE CO | | None | J | T | Buy | 07/15/16 | J | | |
| 294. SABRE CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 295. ST JUDE MEDICAL INC | | None | J | T | Buy | 07/15/16 | J | | |
| 296. TOTAL SYS SVCS | | None | J | T | Buy | 07/15/16 | J | | |
| 297. TUPPERWARE BRANDS CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 298. UMPQUA HOLDINGS CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 299. UNION PACIFIC CORP | | None | J | T | Buy | 07/15/16 | J | | |
| 300. ZIMMER BIOMET HLDGS INC | | None | J | T | Buy | 07/15/16 | J | | |
| 301. ALLERGAN PLC COM | | None | J | T | Buy | 07/19/16 | J | | |
| 302. DELPHI AUTOMOTIVE PLC COM | | None | J | T | Buy | 07/19/16 | J | | |
| 303. INGERSOLL-RAND PLC SHS | | None | J | T | Buy | 07/19/16 | J | | |
| 304. AT&T INC | | None | J | T | Buy | 07/19/16 | J | | |
| 305. ADVANSIX INC | | None | J | T | Buy | 07/19/16 | J | | |
| 306. AETNA INC | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. APPLE INC | | None | J | T | Buy | 07/19/16 | J | | |
| 308. BB&T CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 309. BANK OF THE OZARKS | | None | J | T | Buy | 07/19/16 | J | | |
| 310. CAMDEN PPTY TR SH BEN INT | | None | J | T | Buy | 07/19/16 | J | | |
| 311. CAPITAL ONE FINANCIAL COROP | | None | J | T | Buy | 07/19/16 | J | | |
| 312. CARNIVAL CORP PAIRED CTF | | None | J | T | Buy | 07/19/16 | J | | |
| 313. CISCO SYS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 314. CITIGROUP INC | | None | J | T | Buy | 07/19/16 | J | | |
| 315. DARLING INGREDIENTS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 316. DELTA AIR LINES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 317. DEVON ENERGY CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 318. DU PONT E I DE NEMOURS & CO | | None | J | T | Buy | 07/19/16 | J | | |
| 319. EOG RESOURCES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 320. HALLIBURTON CO HOLDING CO FRMLY | | None | J | T | Buy | 07/19/16 | J | | |
| 321. HOME DEPOT INC | | None | J | T | Buy | 07/19/16 | J | | |
| 322. HONEYWELL INTL INC | | None | J | T | Buy | 07/19/16 | J | | |
| 323. INTERCONTINENTAL EXCHANGE INC | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. MEDNAX INC | | None | J | T | Buy | 07/19/16 | J | | |
| 325. MICROSOFT CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 326. OCCIDENTAL PETROLEUM CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 327. OCEANEERING INTL INC | | None | J | T | Buy | 07/19/16 | J | | |
| 328. OMNICOM GROUP | | None | J | T | Buy | 07/19/16 | J | | |
| 329. PARAMOUNT GROUP INC | | None | J | T | Buy | 07/19/16 | J | | |
| 330. PROCTER AND GAMBLE CO | | None | J | T | Buy | 07/19/16 | J | | |
| 331. SABRE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 332. ST JUDE MEDICAL INC | | None | J | T | Buy | 07/19/16 | J | | |
| 333. TOTAL SYS SVCS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 334. TUPPERWARE BRANDS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 335. UMPQUA HOLDINGS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 336. UNION PACIFIC CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 337. ZIMMER BIOMET HLDGS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 338. AT&T INC | | None | J | T | Buy | 07/20/16 | J | | |
| 339. ADOBE SYS INC | | None | J | T | Buy | 07/20/16 | J | | |
| 340. AMGEN INC | | None | J | T | Buy | 07/20/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. APPLE INC | | None | J | T | Buy | 08/31/16 | J | | |
| 342. BANK AMER CORP | | None | J | T | Buy | 07/20/16 | J | | |
| 343. CITIGROUP INC | | None | J | T | Buy | 07/20/16 | J | | |
| 344. CONOCOPHILLIPS | | None | J | T | Buy | 07/20/16 | J | | |
| 345. GILEAD SCIENCES INC | | None | J | T | Buy | 07/20/16 | J | | |
| 346. JPMORGAN CHASE & CO | | None | J | T | Buy | 07/20/16 | J | | |
| 347. MORGAN STANLEY MTN | | None | J | T | Buy | 12/19/16 | J | | |
| 348. ORACLE CORP | | None | J | T | Buy | 10/25/16 | J | | |
| 349. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/20/16 | J | | |
| 350. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/20/16 | J | | |
| 351. UNITED STATES TREAS NTS | | None | K | T | Buy | 07/20/16 | K | | |
| 352. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/20/16 | J | | |
| 353. WELLS FARGO CO MTN | | None | J | T | Buy | 10/25/16 | J | | |
| 354. AT&T INC | | None | J | T | Buy | 07/20/16 | J | | |
| 355. AMERICAN EXPRESS CR CORP | | None | J | T | Buy | 07/20/16 | J | | |
| 356. ANHEUSER BUSCH INBEV FIN INC | | None | J | T | Buy | 07/20/16 | J | | |
| 357. BERKESHIRE HATHAWAY INC | | None | J | T | Buy | 07/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. CITIGROUP INC | | None | J | T | Buy | 07/20/16 | J | | |
| 359. FEDL HOME LN MTG CRP POOL | | None | J | T | Buy | 07/21/16 | J | | |
| 360. FEDL HOME LN MTG CRP POOL | | None | J | T | Buy | 11/30/16 | J | | |
| 361. FEDERAL HOME LN MTG CORP | | None | J | T | Buy | 07/21/16 | J | | |
| 362. FEDL NATL MTG ASSN POOL | | None | J | T | Buy | 07/21/16 | J | | |
| 363. FORD MTR CO | | None | J | T | Buy | 12/16/16 | J | | |
| 364. GENERAL ELEC CAP CORP | | None | J | T | Buy | 07/20/16 | J | | |
| 365. GOLDMAN SACHS GROUP INC | | None | J | T | Buy | 07/20/16 | J | | |
| 366. HOME DEPOT INC | | None | J | T | Buy | 07/20/16 | J | | |
| 367. JPMORGAN CHASE & CO | | None | J | T | Buy | 07/20/16 | J | | |
| 368. LOCKHEED MARTIN CORP | | None | J | T | Buy | 07/20/16 | J | | |
| 369. MORGAN STANLEY | | None | J | T | Buy | 07/20/16 | J | | |
| 370. SHELL INTERNATIONA FIN BV | | None | J | T | Buy | 07/20/16 | J | | |
| 371. SOUTHERN CO | | None | J | T | Buy | 07/20/16 | J | | |
| 372. UNITED STATES TREAS BDS | | None | J | T | Buy | 07/21/16 | J | | |
| 373. UNITED STATES TREAS BDS | | None | J | T | Buy | 11/17/16 | J | | |
| 374. UNITED STATES TREAS BDS | | None | J | T | Buy | 07/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 376. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 377. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 378. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/28/16 | J | | |
| 379. UNITED STATES TREAS NTS | | None | J | T | Buy | 08/05/16 | J | | |
| 380. UNITED STATES TREAS NTS | | None | J | T | Buy | 08/29/16 | J | | |
| 381. UNITED STATES TREAS NTS | | None | J | T | Buy | 09/29/16 | J | | |
| 382. UNITED STATES TREAS NTS | | None | J | T | Buy | 10/26/16 | J | | |
| 383. UNITED STATES TREAS NTS | | None | J | T | Buy | 08/05/16 | J | | |
| 384. UNITED STATES TREAS NTS | | None | J | T | Buy | 08/22/16 | J | | |
| 385. UNITED STATES TREAS NTS | | None | J | T | Buy | 10/26/16 | J | | |
| 386. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 387. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 388. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 389. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 390. UNITED STATES TREAS NTS | | None | J | T | Buy | 07/21/16 | J | | |
| 391. UNITED STATES TREAS NTS | | None | J | T | Buy | 12/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. VERIZON COMMUNICATIONS INC | | None | J | T | Buy | 07/20/16 | J | | |
| 393. VISA INC | | None | J | T | Buy | 07/20/16 | J | | |
| 394. WELLS FARGO CI | | None | J | T | Buy | 07/20/16 | J | | |
| 395. NXP SEMICONDUCTORS | | None | J | T | Buy | 07/19/16 | J | | |
| 396. BROADCOM LIMITED | | None | J | T | Buy | 07/19/16 | J | | |
| 397. ACUITY BRANDS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 398. AGILENT TECH INC | | None | J | T | Buy | 07/19/16 | J | | |
| 399. ALIGN TECHNOLOGY | | None | J | T | Buy | 07/19/16 | J | | |
| 400. ALLIANCE DATA SYS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 401. ALPHABET INC | | None | J | T | Buy | 07/19/16 | J | | |
| 402. AMAZON | | None | J | T | Buy | 07/19/16 | J | | |
| 403. AMERISOURCEBERGEN CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 404. AMPHENOL CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 405. APPLE INC | | None | J | T | Buy | 07/19/16 | J | | |
| 406. CELGENE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 407. CINTAS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 408. COGNIZANT TECH SOLUTIONS CORP | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. CONSTELLATION BRANDS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 410. ELECTRONICS ARTS | | None | J | T | Buy | 07/19/16 | J | | |
| 411. FACEBOOK INC | | None | J | T | Buy | 07/19/16 | J | | |
| 412. FISERV INC | | None | J | T | Buy | 07/19/16 | J | | |
| 413. FLEETCOR TECHNOLLOGIES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 414. FLOWSERVE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 415. FOOT LOCKER INC | | None | J | T | Buy | 07/19/16 | J | | |
| 416. GLOBAL PMTS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 417. HANESBRANDS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 418. HOME DEPOT INC | | None | J | T | Buy | 07/19/16 | J | | |
| 419. ESTEE LAUDER COMPANIES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 420. MASTERCARD INCORPORATED | | None | J | T | Buy | 07/19/16 | J | | |
| 421. METTLER-TOLEDO INTL | | None | J | T | Buy | 07/19/16 | J | | |
| 422. MIDDLEBY CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 423. MONSTER BEVERAGE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 424. NCR CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 425. NETFLIX COM INC | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. NIKE INC | | None | J | T | Buy | 07/19/16 | J | | |
| 427. NORDSON CORP | | None | J | T | Buy | 10/07/16 | J | | |
| 428. SHERWIN WILLIAMS CO | | None | J | T | Buy | 07/19/16 | J | | |
| 429. SPECTRUM BRANDS HLDGS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 430. STARBUCKS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 431. TRIMBLE INC | | None | J | T | Buy | 07/19/16 | J | | |
| 432. UNITED RENTALS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 433. VERISK ANALYTICS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 434. WATERS CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 435. WILLIAMS SONOMA INC | | None | J | T | Buy | 07/19/16 | J | | |
| 436. ZOETIS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 437. AFLAC INC | | None | J | T | Buy | 07/19/16 | J | | |
| 438. AT&T INC | | None | J | T | Buy | 07/19/16 | J | | |
| 439. AETNA INC | | None | J | T | Buy | 07/19/16 | J | | |
| 440. AIR PRODUCTS & CHEM | | None | J | T | Buy | 07/19/16 | J | | |
| 441. ALPHABET INC | | None | J | T | Buy | 07/19/16 | J | | |
| 442. AMGEN INC | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 48

**Name of Person Reporting**

Norton, David C.

**Date of Report**

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. APPLE INC | | None | J | T | Buy | 07/19/16 | J | | |
| 444. AVERY DENNISON CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 445. CDW CORP COM | | None | J | T | Buy | 07/19/16 | J | | |
| 446. CVS HEALTH CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 447. CENTENE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 448. CHEVRON CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 449. COMCAST CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 450. DST SYSTEMS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 451. DELTA AIR LINES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 452. DOW CHEMICAL CO | | None | J | T | Buy | 07/19/16 | J | | |
| 453. ELECTRONIC ARTS | | None | J | T | Buy | 07/19/16 | J | | |
| 454. ENVISION HEALTHCARE CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 455. EXXON MOBIL CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 456. FOOT LOCKER INC | | None | J | T | Buy | 07/19/16 | J | | |
| 457. GENERAL MTRS CO | | None | J | T | Buy | 07/19/16 | J | | |
| 458. GILEAD SCIENCES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 459. GOLDMAN SACHS GROUP | | None | J | T | Buy | 07/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 48

**Name of Person Reporting**

Norton, David C.

**Date of Report**

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. HCA HLDGS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 461. HOME DEPOT INC | | None | J | T | Buy | 07/19/16 | J | | |
| 462. HUNTINGTON BANCSHARES INC | | None | J | T | Buy | 07/19/16 | J | | |
| 463. INTEL CORP | | None | J | T | Buy | 03/01/16 | J | | |
| 464. JPMORGAN CHASE & CO | | None | J | T | Buy | 07/19/16 | J | | |
| 465. JABIL CIRCUIT INC | | None | J | T | Buy | 07/19/16 | J | | ~ |
| 466. KROGER CO | | None | J | T | Buy | 07/19/16 | J | | |
| 467. LEAR CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 468. LINCOLN NATIONAL CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 469. LINEAR TECHNOLOGY CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 470. LOWES COS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 471. MCKESSON CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 472. MERCK & CO | | None | J | T | Buy | 07/19/16 | J | | |
| 473. MICROSOFT CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 474. NORTHROP GRUMMAN CORP HOLDING CO | | None | J | T | Buy | 07/19/16 | J | | |
| 475. NVIDIA CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 476. PINNACLE FOODS INC | | None | J | T | Buy | 07/19/16 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

# FINANCIAL DISCLOSURE REPORT
Page 32 of 48

Name of Person Reporting

Norton, David C.

Date of Report

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. PROLOGIS INC | | None | J | T | Buy | 10/24/16 | J | | |
| 478. PRUDENTIAL FINL INC | | None | J | T | Buy | 07/19/16 | J | | |
| 479. SOUTHWEST AIRLNS CO | | None | J | T | Buy | 07/19/16 | J | | |
| 480. SPIRIT AEROSYSTEMS HLDGS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 481. STANLEY BLACK & DECKER | | None | J | T | Buy | 10/24/16 | J | | |
| 482. SUNTRUST BANKS INC | | None | J | T | Buy | 07/19/16 | J | | |
| 483. SYSCO CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 484. TJX COS INC | | None | J | T | Buy | 10/24/16 | J | | |
| 485. UNITEDHEALTH GROUP | | None | J | T | Buy | 07/19/16 | J | | |
| 486. VALERO ENERGY CORP | | None | J | T | Buy | 07/19/16 | J | | |
| 487. ACCENTURE PLC CLS A | | None | J | T | Buy | 10/26/16 | J | | |
| 488. AFLAC INC | | None | J | T | Buy | 05/27/16 | J | | |
| 489. AETNA INC | | None | J | T | Buy | 05/27/16 | J | | |
| 490. AIR PRODUCTS & CHEM | | None | J | T | Buy | 05/27/16 | J | | |
| 491. ALPHABET INC CAP STK CL C | | None | J | T | Buy | 05/27/16 | J | | |
| 492. AMGEN INC | | None | J | T | Buy | 05/27/16 | J | | |
| 493. APPLE INC | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 48

Name of Person Reporting

Norton, David C.

Date of Report

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. AVERY DENNISON CORP | None | J | T | | Buy | 05/27/16 | J | | |
| 495. CDW CORP COM | None | J | T | | Buy | 05/27/16 | J | | |
| 496. CVS HEALTH CORP | None | J | T | | Buy | 05/27/16 | J | | |
| 497. CENTENE CORP DEL | None | J | T | | Buy | 05/27/16 | J | | |
| 498. CHEVRON XOEP | None | J | T | | Buy | 06/16/16 | J | | |
| 499. COMCAST CORP | None | J | T | | Buy | 05/27/16 | J | | |
| 500. DELTA AIR LINES INC | None | J | T | | Buy | 05/27/16 | J | | |
| 501. DOW CHEMICAL CO | None | J | T | | Buy | 05/27/16 | J | | |
| 502. ELECTRONIC ARTS | None | J | T | | Buy | 05/27/16 | J | | |
| 503. EMCOR GROUP INC | None | J | T | | Buy | 12/07/16 | J | | |
| 504. ENVISION HEALTHCARE CORP | None | J | T | | Buy | 05/27/16 | J | | |
| 505. EXXON MOBIL CORP | None | J | T | | Buy | 05/27/16 | J | | |
| 506. FOOT LOCKER INC | None | J | T | | Buy | 05/27/16 | J | | |
| 507. GENERAL MTRS CO | None | J | T | | Buy | 05/27/16 | J | | |
| 508. GILEAD SCIENCES INC | None | J | T | | Buy | 05/27/16 | J | | |
| 509. GOLDMAN SACHS GROUP INC | None | J | T | | Buy | 05/27/16 | J | | |
| 510. HCA HLDGS INC | None | J | T | | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. HOME DEPOT INC | None | | J | T | Buy | 05/27/16 | J | | |
| 512. HUNTINGTON BANCSHARES INC | None | | J | T | Buy | 05/27/16 | J | | |
| 513. INTEL CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 514. JPMORGAN CHASE & CO | None | | J | T | Buy | 05/27/16 | J | | |
| 515. JABIL CIRCUIT INC | None | | J | T | Buy | 05/27/16 | J | | |
| 516. KROGER CO COM | None | | J | T | Buy | 05/27/16 | J | | |
| 517. LEAR CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 518. LINCOLN NATIONAL CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 519. LINEAR TECHNOLOGY CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 520. LOWES COS INC | None | | J | T | Buy | 05/27/16 | J | | |
| 521. MCKESSON CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 522. MERCK & CO INC | None | | J | T | Buy | 05/27/16 | J | | |
| 523. MICROSOFT CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 524. NORTHROP GRUMMAN CORP HOLDING CO | None | | J | T | Buy | 05/27/16 | J | | |
| 525. NVIDIA CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 526. PINNACLE FOODS INC | None | | J | T | Buy | 05/27/16 | J | | |
| 527. PROLOGIS INC | None | | J | T | Buy | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 48

Name of Person Reporting

Norton, David C.

Date of Report

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. PRUDENTIAL FINL INC | None | | J | T | Buy | 05/27/16 | J | | |
| 529. SPIRIT AEROSYSTEMS HLDGS INC | None | | J | T | Buy | 05/27/16 | J | | |
| 530. STANLEY BLACK & /DECKER INC | None | | J | T | Buy | 09/12/16 | J | | |
| 531. SUNTRUST BANKS INC | None | | J | T | Buy | 05/27/16 | J | | |
| 532. SYSCO CORP | None | | J | T | Buy | 06/16/16 | J | | |
| 533. TJX COS INC | None | | J | T | Buy | 09/12/16 | J | | |
| 534. UNITEDHEALTH GROUP | None | | J | T | Buy | 05/27/16 | J | | |
| 535. VALERO ENERGY CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 536. WAL-MART STORES INC | None | | J | T | Buy | 10/26/16 | J | | |
| 537. RENAISSANCERE HOLDINGS LTD | None | | J | T | Buy | 05/27/16 | J | | |
| 538. ACTIVISION BLIZZARD INC | None | | J | T | Buy | 05/27/16 | J | | |
| 539. AGILENT TECH INC | None | | J | T | Buy | 05/27/16 | J | | |
| 540. AKAMAI TECHNOLOGIES INC | None | | J | T | Buy | 05/27/16 | J | | |
| 541. ALLEGHENY TECH INC | None | | J | T | Buy | 05/27/16 | J | | |
| 542. AMERICAN TOWER CORPORATION | None | | J | T | Buy | 05/27/16 | J | | |
| 543. AMERISOURCEBERGEN CORP | None | | J | T | Buy | 05/27/16 | J | | |
| 544. ANSYS INC | None | | J | T | Buy | 05/27/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. AUTODESK INC | | None | J | T | Buy | 05/27/16 | J | | |
| 546. BARD C R INC | | None | J | T | Buy | 05/27/16 | J | | |
| 547. BIO RAD LABORATORIES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 548. BLACK KNIGHT FINL ACXA INC | | None | J | T | Buy | 08/25/16 | J | | |
| 549. BORGWARNER INC | | None | J | T | Buy | 05/27/16 | J | | |
| 550. BOSTON PROPERTIES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 551. CBRE GROUP INC | | None | J | T | Buy | 05/27/16 | J | | |
| 552. C S X CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 553. CABOT CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 554. CIMAREX ENERGY CO | | None | J | T | Buy | 05/27/16 | J | | |
| 555. CONTINENTAL RES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 556. CUMMINS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 557. D R HORTON INC | | None | J | T | Buy | 05/27/16 | J | | |
| 558. DARDEN RESTAURANTS | | None | J | T | Buy | 05/27/16 | J | | |
| 559. DENTSPLY SIRONA INC | | None | J | T | Buy | 05/27/16 | J | | |
| 560. DOVER CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 561. EASTMAN CHEM CO | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. EATON VANCE CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 563. ECHOSTAR CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 564. GATX CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 565. GENERAL DYNAMICS CRP | | None | J | T | Buy | 05/27/16 | J | | |
| 566. GLOBAL PMTS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 567. INTERCONTINENTAL EXCHANGE INC | | None | J | T | Buy | 05/27/16 | J | | |
| 568. INTUIT | | None | J | T | Buy | 05/27/16 | J | | |
| 569. KEYCORP | | None | J | T | Buy | 05/27/16 | J | | |
| 570. KEYSIGHT TECHNOLOGIES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 571. LABORATORY CORP AMER HLDGS | | None | J | T | Buy | 05/27/16 | J | | |
| 572. MASCO CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 573. MEDNAX INC | | None | J | T | Buy | 05/27/16 | J | | |
| 574. NEWFIELD EXPLORATION | | None | J | T | Buy | 05/27/16 | J | | |
| 575. PACKAGING CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 576. PROGRESSIVE CORP OHIO | | None | J | T | Buy | 05/27/16 | J | | |
| 577. RAYMOND JAMES FINANCIAL INC | | None | J | T | Buy | 05/27/16 | J | | |
| 578. REINSURANCE GROUP AMER INC | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Norton, David C.**

Date of Report

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. REPUBLIC SERVICEDS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 580. THE SCOTTS MIRACLE GRO COMPANY | | None | J | T | Buy | 05/27/16 | J | | |
| 581. SEALED AIR CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 582. SNAP ON INC | | None | J | T | Buy | 05/27/16 | J | | |
| 583. STIFEL FINL CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 584. SYNOPSYS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 585. SYNCHRONY FINANCIAL COM | | None | J | T | Buy | 05/27/16 | J | | |
| 586. TJX COS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 587. TOTAL SYS SVCS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 588. VWR CORPORATION COM | | None | J | T | Buy | 08/15/16 | J | | |
| 589. WEC ENERGY GROUP INC | | None | J | T | Buy | 05/27/16 | J | | |
| 590. WOODWARD INC | | None | J | T | Buy | 05/27/16 | J | | |
| 591. XILINX INC | | None | J | T | Buy | 05/27/16 | J | | |
| 592. ALLERGEN PLC | | None | J | T | Buy | 05/27/16 | J | | |
| 593. DELPHI AUTOMOTIVE PLC | | None | J | T | Buy | 05/27/16 | J | | |
| 594. INGERSOLL-RAND PLC | | None | J | T | Buy | 05/27/16 | J | | |
| 595. AT&T INC | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  ADVANSIX INC | | None | J | T | Buy | 05/27/16 | J | | |
| 597.  AETNA INC | | None | J | T | Buy | 05/27/16 | J | | |
| 598.  APPLE INC | | None | J | T | Buy | 05/27/16 | J | | |
| 599.  BB&T CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 600.  BANK OF THE OZARKS | | None | J | T | Buy | 07/14/16 | J | | |
| 601.  CAMDEN PPTY TR SH BEN INC | | None | J | T | Buy | 05/27/16 | J | | |
| 602.  CAPITAL ONE FINANACIAL CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 603.  CARNIVAL CORP PAIRED CTF | | None | J | T | Buy | 07/12/16 | J | | |
| 604.  CISCO SYS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 605.  CITIGROUP INC | | None | J | T | Buy | 05/27/16 | J | | |
| 606.  DARLING INGREDIENTS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 607.  DELTA AIR LINES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 608.  DEVON ENERGY CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 609.  DU PONT E I DE NEMOURS & CO | | None | J | T | Buy | 05/27/16 | J | | |
| 610.  EOG RESOURCES INC | | None | J | T | Buy | 05/27/16 | J | | |
| 611.  HALLIBURTON CO HOLDING CO FRMLY | | None | J | T | Buy | 05/27/16 | J | | |
| 612.  HOME DEPOT INC | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Norton, David C.

08/11/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. HONEYWELL INTL INC | | None | J | T | Buy | 05/27/16 | J | | |
| 614. INTERCONTINENTAL EXCHANGE INC | | None | J | T | Buy | 05/27/16 | J | | |
| 615. MEDNAX INC | | None | J | T | Buy | 05/27/16 | J | | |
| 616. MICROSOFT CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 617. OCCIDENTAL PETROLEUM CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 618. OCEANEERING INTL INC | | None | J | T | Buy | 05/27/16 | J | | |
| 619. OMNICOM GROUP | | None | J | T | Buy | 05/27/16 | J | | |
| 620. PARAMOUNT GROUP INC | | None | J | T | Buy | 05/27/16 | J | | |
| 621. PROCTER AND GAMBLE | | None | J | T | Buy | 05/27/16 | J | | |
| 622. SABRE CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 623. ST JUDE MEDICAL INC | | None | J | T | Buy | 05/27/16 | J | | |
| 624. TOTAL SYS SVCS INC | | None | J | T | Buy | 07/01/16 | J | | |
| 625. TUPPERWARE BRANDS CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 626. UMPQUA HOLDINGS CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 627. UNION PACIFIC CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 628. ZIMMER BIOMET HLDGS INC | | None | J | T | Buy | 05/27/16 | J | | |
| 629. ACCENTURE PLC CLS A | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. ICON PLC SHS | | None | J | T | Buy | 05/27/16 | J | | |
| 631. LAZARD LTD | | None | J | T | Buy | 05/27/16 | J | | |
| 632. CHUBB LIMITED | | None | J | T | Buy | 05/27/16 | J | | |
| 633. CORE LABORATORIES NV | | None | J | T | Buy | 05/27/16 | J | | |
| 634. YANDEX N.V. | | None | J | T | Buy | 05/27/16 | J | | |
| 635. ADIDAS AG ADR EA REP 1/2 ORD | | None | J | T | Buy | 08/05/16 | J | | |
| 636. AMBEV SA SPONSORED ADR | | None | J | T | Buy | 11/11/16 | J | | |
| 637. CHR HANSEN HOLDING | | None | J | T | Buy | 05/27/16 | J | | |
| 638. CSL LTD-SPONSORED ADR | | None | J | T | Buy | 05/27/16 | J | | |
| 639. CANADIANPAC RY LTD | | None | J | T | Buy | 05/27/16 | J | | |
| 640. COLOPLAST UNSP ADR | | None | J | T | Buy | 05/27/16 | J | | |
| 641. COMPASS GROUP PLC | | None | J | T | Buy | 05/27/16 | J | | |
| 642. CTRIP.COM INTERNATIONAL LTD | | None | J | T | Buy | 05/27/16 | J | | |
| 643. DSV AS ADR | | None | J | T | Buy | 08/22/16 | J | | |
| 644. ESSILOR INTL S A | | None | J | T | Buy | 09/20/16 | J | | |
| 645. EXPERIAN PLC | | None | J | T | Buy | 05/27/16 | J | | |
| 646. HDFC BANK LTD | | None | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. HERMES INTL | | None | J | T | Buy | 09/20/16 | J | | |
| 648. INDITEX | | None | J | T | Buy | 05/27/16 | J | | |
| 649. LVMH MOET HENNESSY VUITTON SE | | None | J | T | Buy | 05/27/16 | J | | |
| 650. LUXOTTICA GROUP | | None | J | T | Buy | 11/30/16 | J | | |
| 651. NESTLE A | | None | J | T | Buy | 11/11/16 | J | | |
| 652. NOVOZYMES A/S | | None | J | T | Buy | 05/27/16 | J | | |
| 653. RECKITT BENCKISER GROUP | | None | J | T | Buy | 05/27/16 | J | | |
| 654. SGS SA | | None | J | T | Buy | 05/27/16 | J | | |
| 655. SHOPRITE HLDGS LTS | | None | J | T | Buy | 05/27/16 | J | | |
| 656. SYSMEX CORP | | None | J | T | Buy | 05/27/16 | J | | |
| 657. TAIWAN SEMICONDUCTOR MFG LTD | | None | J | T | Buy | 05/27/16 | J | | |
| 658. TENCENT HOLDINGS LIMITED | | None | J | T | Buy | 11/11/16 | J | | |
| 659. WAL-MART DE MEXICO SAB DE CV | | None | J | T | Buy | 05/27/16 | J | | |
| 660. AT&T INC | | None | J | T | Buy | 06/01/16 | J | | |
| 661. ADOBE SYS INC | | None | J | T | Buy | 08/11/16 | J | | |
| 662. AMGEN INC | | None | J | T | Buy | 06/01/16 | J | | |
| 663. APPLE INC | | None | J | T | Buy | 08/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. BANK AMER CORP | | None | J | T | Buy | 06/01/16 | J | | |
| 665. CITIGROUP INC | | None | J | T | Buy | 06/24/16 | J | | |
| 666. CONOPHILLIPS | | None | J | T | Buy | 06/01/16 | J | | |
| 667. GILEAD SCIENCES INC | | None | J | T | Buy | 06/21/16 | J | | |
| 668. JPMORGAN CHASE & CO | | None | J | T | Buy | 06/01/16 | J | | |
| 669. MORGAN STANLEY MTN | | None | J | T | Buy | 12/19/16 | J | | |
| 670. ORACLE CORP | | None | J | T | Buy | 10/25/16 | J | | |
| 671. UNITED STATES TREAS NTS | | None | J | T | Buy | 06/01/16 | J | | |
| 672. UNITED STATES TREAS NTS | | None | J | T | Buy | 06/01/16 | J | | |
| 673. UNITED STATES TREAS NTS | | None | J | T | Buy | 06/01/16 | J | | |
| 674. UNITED STATES TREAS NTS | | None | J | T | Buy | 06/01/16 | J | | |
| 675. UNITED STATES TREAS NTS | | None | J | T | Buy | 06/01/16 | J | | |
| 676. WELLS FARGO CO MTN | | None | J | T | Buy | 10/25/16 | J | | |
| 677. | | | | | | | | | |
| 678. | | | | | | | | | |
| 679. | | | | | | | | | |
| 680. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Norton, David C.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | | | | | |
| 682. | | | | | | | | | |
| 683. | | | | | | | | | |
| 684. | | | | | | | | | |
| 685. | | | | | | | | | |
| 686. | | | | | | | | | |
| 687. | | | | | | | | | |
| 688. | | | | | | | | | |
| 689. | | | | | | | | | |
| 690. | | | | | | | | | |
| 691. | | | | | | | | | |
| 692. | | | | | | | | | |
| 693. | | | | | | | | | |
| 694. | | | | | | | | | |
| 695. | | | | | | | | | |
| 696. | | | | | | | | | |
| 697. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | | | | | |
| 699. | | | | | | | | | |
| 700. | | | | | | | | | |
| 701. | | | | | | | | | |
| 702. | | | | | | | | | |
| 703. | | | | | | | | | |
| 704. | | | | | | | | | |
| 705. | | | | | | | | | |
| 706. | | | | | | | | | |
| 707. | | | | | | | | | |
| 708. | | | | | | | | | |
| 709. | | | | | | | | | |
| 710. | | | | | | | | | |
| 711. | | | | | | | | | |
| 712. | | | | | | | | | |
| 713. | | | | | | | | | |
| 714. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | | | | | |
| 716. | | | | | | | | | |
| 717. | | | | | | | | | |
| 718. | | | | | | | | | |
| 719. | | | | | | | | | |
| 720. | | | | | | | | | |
| 721. | | | | | | | | | |
| 722. | | | | | | | | | |
| 723. | | | | | | | | | |
| 724. | | | | | | | | | |
| 725. | | | | | | | | | |
| 726. | | | | | | | | | |
| 727. | | | | | | | | | |
| 728. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 08/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 91 is located in Translyvania County, North Carolina, USA.

2. Trust # 1 was liquidated 01/20/16. All assets listed on lines 126-130 were sold. The only asset held was the Lain Farm listed on line 131.

   Lain Farm        value cost R    Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3. In May of 2016 assets were moved from Smith-Barney to Affluence Financial Group.

4. Article 5 Trust consist of lines: 13,15,26,27,34,39,47,49,52,55,59,72,91,94,105 & 1231.

5. Article 6 Trust consist of lines: 8,9,10,12,16,17,18,29,30,36,38,42,44,46,54,58,60,65,66,69,71,74,75,76,78,84,85,88,89,90,93,97,98,100,101,112,114,116,118, &122.

6. Lines 31-33 now listed as Fidelity Money Market since transfer of assets to Affluence Financial Group. Formerly listed as Citibank Deposit.

7. Part VII, line 100 on 2015 report listed "Safeway Inc." however in 2016 Safeway Inc. was erroneously omitted. It should have stated that it was left off the report due to the fact that it had a value of "zero" and deemed worthless.

8. Lines31-33, Fidelity Money Market are mereley a depository to hold cash. Per broker cash from these accounts are used if necessay for purchases and surplus funds from trades are deposited in these accounts.

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544